# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT WINCHESTER

| | | | |
|---|---|---|---|
| SAMUEL LEE PACE, JR., | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No. | 4:22-CV-17-DCLC-SKL |
| | ) | | |
| SHERIFF CHAD PARTIN, | ) | | |
| LT. TAMMY WARREN, | ) | | |
| SGT. FORREST BLACKBURN, | ) | | |
| COFFEE COUNTY JAIL, and | ) | | |
| SGT. BECKY LYNN, | ) | | |
| | ) | | |
| Defendants. | ) | | |

## <u>JUDGMENT ORDER</u>

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Order, Plaintiff's pro se complaint for violations of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

**ENTER:**

s/Clifton L. Corker
United States District Judge


ENTERED AS A JUDGMENT:
*LeAnna R. Wilson*
Clerk of Court